MARVIN J. KITTLE, as Administrator of the Estate of EVELYN B. KITTLE, Deceased, Respondent, *v.* THE STATE OF NEW YORK, Appellant.
(Claim No. 22246.)

(Argued May 26, 1936; decided July 8, 1936.)

*John J. Bennett, Jr., Attorney-General (Leon M. Layden* of counsel), for appellant.

*Carl W. Peterson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.